890

No. 88–1931. CAMEN v. SAFECO INSURANCE COMPANY OF AMERICA. C. A. 9th Cir. Certiorari denied.

No. 88–2070. BROCKI v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 88–2134. BAZARIAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–7494. CELESTINE v. CALIFORNIA FRANCHISE TAX BOARD. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 88–7590. PALMER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–7625. PIMIENTA-REDONDO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 89–24. DANN ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–43. HUGHES v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 89–53. MISSOURI DIVISION OF TRANSPORTATION ET AL. v. INTERSTATE COMMERCE COMMISSION ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–62. TURK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–68. GONCE ET AL. v. VETERANS ADMINISTRATION. C. A. Fed. Cir. Certiorari denied.

No. 89–74. NOBLE v. WATKINS, SECRETARY OF ENERGY. C. A. D. C. Cir. Certiorari denied.

No. 89–92. DAVIS IRON WORKS, INC. v. ROSENBAUM; and
No. 89–330. ROSENBAUM v. DAVIS IRON WORKS, INC. C. A. 6th Cir. Certiorari denied. Reported below: 871 F. 2d 1088.

No. 89–95. RIVERFRONT ASSOCIATES, LTD., ET AL. v. FEDERAL SAVINGS AND LOAN INSURANCE CORPORATION, RECEIVER FOR MAINLAND SAVINGS & LOAN ASSN. C. A. 10th Cir. Certiorari denied.